# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIE MOLINA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3361 |
| | § | |
| TRANSOCEAN DEEPWATER INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with this court's Memorandum and Opinion granting the motion for summary judgment filed by the defendant, Transocean Deepwater Inc., on all claims asserted by the plaintiff, Willie Molina, judgment is entered that Willie Molina take nothing from Transocean Deepwater Inc. and that this matter be dismissed with prejudice.

This is a final judgment.

SIGNED on August 3, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge